

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      James Lee Skinner v. The State of Texas

Appellate case number:    01-14-00748-CR

Trial court case number:  1315689

Trial court:              183rd District Court of Harris County

On October 22, 2015, this Court issued an order, abating the appeal and directing the trial court to hold a hearing to determine whether the parties could agree on an accurate copy of a missing document. On April 5, 2016, the trial court filed a hearing record, in which the court finds the copy of the missing document, attached as an exhibit to the record, is an accurate copy of the missing document.

Accordingly, we reinstate this appeal on the active docket.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                      ☒ Acting individually


Date: April 12, 2016